PEOPLE *v.* POTTS

Appeal from Recorder's Court of Detroit, Gerald W. Groat, J. Submitted Division 1 January 11, 1971, at Detroit. (Docket No. 5919.) Decided February 22, 1971. Leave to appeal denied May 11, 1971, 384 Mich 839.

Glenn Robert Potts was convicted of rape. Defendant appeals. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Robert A. Reuther,* Assistant Prosecuting Attorney, for the people.

*Robert E. McCall,* for defendant on appeal.

Before: V. J. BRENNAN, P. J., and FITZGERALD and LEVIN, JJ.

PER CURIAM. Defendant was convicted on April 3, 1968, after trial by jury in Detroit Recorder's Court, on a charge of rape. MCLA § 750.520 (Stat Ann 1954 Rev § 28.788). On April 18, 1968, he was sentenced to a term of from 10 to 20 years imprisonment. On appeal he alleges error in the trial court's having permitted the examination of jurors on *voir dire* to proceed in his absence. In contradiction to defendant's allegation and affidavit in support thereof, the *voir dire* transcript indicates he was in fact present during these proceedings.
Affirmed.